SUMMERVILLE FRUIT FARMS, INC., Respondent, v. THE JOHN PETROSSI COMPANY, Appellant, and CITY OF ROCHESTER, Defendant.— Judgment so far as

appealed from affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.